**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JOSEPH WAYNE WALKER,<br><br>          Plaintiff,<br><br>     v.<br><br>ALFRED C. BIGELOW et al.,<br><br>          Defendants. | **DISMISSAL ORDER**<br>**& MEMORANDUM DECISION**<br><br>Case No. 2:10-CV-1155 CW<br><br>District Judge Clark Waddoups |

Plaintiff, inmate Joseph Wayne Walker, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Amended Complaint (ordered by the Court because the original complaint was deficient), under § 1915(e), in an Order dated February 28, 2012, the Court determined for a second time that Plaintiff's Amended Complaint was deficient for a variety of reasons. The Court then again gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has since twice asked for extensions of time in which to file a Second Amended Complaint. Most recently, on June 7, 2012, the Court granted Plaintiff an extension until August 15, 2012. That date has come and gone without the filing of a

Second Amended Complaint, another request for extension, or an explanation for Plaintiff's failure to file anything further.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 22nd day of August, 2012.

BY THE COURT:

JUDGE CLARK WADDOUPS
United States District Court